IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**REBECCA CHANEY**                                              **PLAINTIFF**

**V.**                          **NO: 4:06CV001680**

**UNUM LIFE INSURANCE COMPANY**
**OF AMERICA**                                                  **DEFENDANT**

## ORDER

Defendant's motion for entry of appearance is GRANTED. (Docket# 5). The Clerk is directed to include Mary Kathryn Williams as additional counsel of record on behalf of Defendant.

IT IS SO ORDERED this 5th day of January, 2007.

_____
James M. Moody
United States District Judge