# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**REBECCA CHANEY**                                                    **PLAINTIFF**

**V.**                                          **NO: 4:06CV001680**

**UNUM LIFE INSURANCE COMPANY**
**OF AMERICA**                                                    **DEFENDANT**

## ORDER

Defendant's motion for entry of appearance is GRANTED.  (Docket# 5).  The Clerk is directed to include Mary Kathryn Williams as additional counsel of record on behalf of Defendant.

IT IS SO ORDERED this 5th day of January, 2007.

James M. Moody
United States District Judge