IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**REBECCA CHANEY**                                    **PLAINTIFF**

**V.**                          **NO: 4:06CV001680**

**UNUM LIFE INSURANCE COMPANY**
**OF AMERICA**                                        **DEFENDANT**

## ORDER

Pursuant to the stipulation for dismissal with prejudice filed July 19, 2007, this case is removed from the trial docket the week of October 15, 2007 and is hereby dismissed with prejudice with each party to bear their own costs and attorney's fees.

IT IS SO ORDERED this 20th day of July, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　James M. Moody
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge